**Order filed July 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00588-CV
_____

**JEFFREY MAY, ET AL, Appellants**

**V.**

**TICOR TITLE INSURANCE, N/K/A CHICAGO TITLE, COMMONWEALTH LAND TITLE INSURANCE, LAWYERS TITLE INSURANCE CORPORATION, AND ALAMO TITLE INSURANCE COMPANY,**
**Appellees**

---

**On Appeal from the 367th District Court**
**Denton County, Texas**
**Trial Court Cause No. 2009-50072-367**

---

## ORDER

Plaintiffs below, Jeffrey May, et al, ("May"), filed a notice of appeal from the trial court's judgment signed March 6, 2012.  Defendants, Ticor Title Insurance, n/k/a Chicago Title, Commonwealth Land Title Insurance, Lawyers Title Insurance Corporation, and Alamo Title Insurance Company, ("Ticor"), subsequently filed a notice of cross-appeal.

No reporter's record has been filed in this case. The official court reporter for the Court informed this court that May had not made arrangements for payment for the reporter's record. On July 6, 2012, the clerk of this court notified May that we would consider and decide those issues that do not require a reporter's record unless May, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). May filed no reply.

Accordingly, we order May to file a brief in this appeal on or before August 27, 2012**.** If May fail to comply with this order, the court will dismiss the appeal brought by May for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM